UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN L. CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>DALIZU ELSEN, et al.,<br><br>    Defendants. | Case No. 23-cv-00811-AMO (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Adrian L. Cervantes, who is in custody at the Sonoma County Main Adult Detention Facility, filed the instant *pro se* prisoner action under 42 U.S.C. § 1983. Thereafter, the Court dismissed Cervantes's amended complaint with leave to amend. Dkt. 14.

Before the Court is Cervantes's request for a sixty-day extension of time to file his second amended complaint. Dkt. 15.

Good cause appearing, the request is GRANTED. Cervantes shall file his second amended complaint within **sixty (60) days** from the date of this Order.

**If Cervantes fails to file a second amended complaint by the deadline above, this action will be dismissed without prejudice.**

This Order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: January 23, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**