United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN L. CERVANTES,

Plaintiff,

v.

DALIZU ELSEN,

Defendant.

Case No. 23-cv-00811-NW

**JUDGMENT**

The Court granted Defendant Elsen Dalizu's request for terminating sanctions under Federal Rule of Civil Procedure 37 and dismissed this matter with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment against Plaintiff Adrian L. Cervantes in accordance with that order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2026

Noël Wise
United States District Judge